

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE UNIVERSITY OF TEXAS AT EL PASO, | § | No. 08-12-00115-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 171st District Court |
| | § | |
| MAGDALENA OCHOA, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC#2010-121) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX. R. APP. P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF JULY, 2013.

GUADALUPE RIVERA, Justice

Before Rivera, J., Barajas, C.J. (Senior Judge), and Larsen, J. (Senior Judge)
Barajas, C.J. (Senior Judge), sitting by assignment
Larsen, J. (Senior Judge), sitting by assignment